JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA J. GEIGER,

    Plaintiff,

vs.

NANCY BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. 8:16-CV-00742 (VEB)

JUDGMENT

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

1

JUDGMENT – GEIGER v BERRYHILL 8:16-CV-00742-VEB

GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 9th day of April, 2018,

                              <u>/s/Victor E. Bianchini</u>
                              VICTOR E. BIANCHINI
                        UNITED STATES MAGISTRATE JUDGE